In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00259-CR
_____

JAMAL DAWSON CONNER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Cause No. 10-09185

**MEMORANDUM OPINION**

Jamal Dawson Conner pleaded guilty under a plea agreement to the offense of assault on a public servant. *See* Tex. Penal Code Ann. § 22.01(a)(1), (b) (West Supp. 2013). The trial court assessed punishment at ten years of confinement, suspended the imposition of confinement, placed Conner on community supervision for five years, and imposed a $500 fine. After the State filed a motion

1

to revoke, the trial court found Conner violated terms of the community supervision, revoked the supervision, and sentenced him to eight years in prison.

Appellant's counsel filed a brief that presents counsel's professional evaluation of the record. Counsel concludes there are no arguable points of error. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). This Court granted an extension of time for appellant to file a *pro se* response. We received no response from appellant.

We have reviewed the appellate record and agree with counsel's conclusion. *See Bledsoe v. State*, 178 S.W.3d 824, 826-28 (Tex. Crim. App. 2005); *Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). It is unnecessary to order appointment of new counsel to re-brief the appeal. *See Bledsoe*, 178 S.W.3d at 826-28; *compare Stafford*, 813 S.W.2d at 511. The trial court's judgment is affirmed.

AFFIRMED.

_____
LEANNE JOHNSON
Justice

Submitted on April 1, 2014
Opinion Delivered May 7, 2014
Do Not Publish

Before Kreger, Horton and Johnson, JJ.